

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00440-CR

Ronald **GUILLORY, JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR4522
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

It is so **ORDERED** on December 5, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court